

COM.

v.

TROOP, J.

**478 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–25–CR–0001234–1988 (Erie)

Affirmed

COM.

v.

POWELL, J.

**2460 EDA 2015**

Superior Court of Pennsylvania.

09/22/2017

MC–51–CR–0048966–2012 (Philadelphia)

Reversed/Remanded

COM.

v.

HENRY, D.

**165 EDA 2016**

Superior Court of Pennsylvania.

09/22/2017

Reargument Denied 10/17/2017

CP–51–CR–0805831–2004 (Philadelphia)

Affirmed/Remanded

COM.

v.

FLOURNEY, C.

**253 EDA 2016**

Superior Court of Pennsylvania.

09/22/2017

CP–51–CR–0004164–2008

(Philadelphia)

Affirmed

COM.

v.

NIEVES, A.

**1371 EDA 2016**

Superior Court of Pennsylvania.

09/22/2017

CP–45–CR–0000031–2013 (Monroe)

Affirmed

COM.

v.

NIEVES, A.

**1373 EDA 2016**

Superior Court of Pennsylvania.

09/22/2017

CP–45–CR–0000032–2013 (Monroe)

Affirmed

